ARAB CORPORATION and Duneco, Inc., Appellants, v. Willie PIERCE et al., Appellees.

No. 10143.

Circuit Court of Appeals, Fifth Circuit.

Oct. 12, 1942.

Arthur A. Moreno, Benjamin W. Dart, H. Grady Price, and Harry P. Gamble, Jr., all of New Orleans, La., for appellants.

C. Ellis Henican and Oliver P. Carriere, both of New Orleans, La., and Harvey Peltier, of Thibodaux, La., for appellees.

Before SIBLEY, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

Considering the stipulation entered into by and between counsel for appellants and counsel for appellees filed in the above entitled and numbered cause;

It is now here ordered, adjudged and decreed by this Court that the judgment of the said District Court in this cause be, and the same is hereby, reversed; and that this cause be, and it is hereby, remanded to the said District Court for further and not inconsistent proceedings;

It is further ordered, adjudged and decreed that the appellees, Willie Pierce and others, be condemned, in solido, to pay the costs of this cause in this Court, for which execution may be issued out of the said District Court.

The SALTEX LOOMS, Inc., and Sidney Blumenthal & Company, Inc., Plaintiffs-Appellants-Appellees, v. COLLINS & AIKMAN CORPORATION, Defendant-Appellant-Appellee.

No. 57.

Circuit Court of Appeals, Second Circuit.

Oct. 30, 1942.

E. Clarkson Seward and W. Saxton Seward, both of New York City, for plaintiffs-appellants-appellees.

Darby & Darby, of New York City (Samuel E. Darby, Jr., Albert R. Jube, and Walter A. Darby, all of New York City, and Paul J. Schmitz, of Philadelphia, Pa., of counsel), for defendant-appellee-appellant.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Decree affirmed on opinion below, D.C., 43 F.Supp. 914.

UNITED STATES of America v. Roscoe Simpson WELSH.

No. 2629.

Circuit Court of Appeals, Tenth Circuit.

Oct. 12, 1942.

George H. West, U. S. Atty., of Topeka, Kan., and Charles L. Chalender, Department of Justice, of Springfield, Mo., for appellant.

Frank R. Daley, of Kansas City, Mo., for appellee.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed, pursuant to stipulation of the parties.